# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Chicago Infill Industrial Properties LP | 12/16/2022 | 266523 | Check | $ 33,067.33 |
| Akorn Operating Company, LLC | Chicago Infill Industrial Properties LP | 1/17/2023 | 266964 | Check | $ 33,067.33 |
| Akorn Operating Company, LLC | Chicago Infill Industrial Properties LP | 2/21/2023 | 267281 | Check | $ 33,709.33 |
| | | | | | $ 99,843.99 |