# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Akorn Holding Company LLC  
    Debtor  
_____

Bankruptcy Case No.: 23−10253−KBO

Bankruptcy Chapter: 7

George Miller

    Plaintiff

Adv. Proc. No.: 25−50116−KBO

    vs.

BLUE MOUNTAIN QUALITY RESOURCES

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: BLUE MOUNTAIN QUALITY RESOURCES

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 8/29/25

By: Shaheed R. Austin Jr. Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

George Miller,
    Plaintiff

Adv. Proc. No. 25-50116-KBO

Chicago Infill Industrial Properties LP,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 1
Date Rcvd: Aug 29, 2025     Form ID: van431     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Chicago Infill Industrial Properties LP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Evan T. Miller | on behalf of Plaintiff George Miller evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Michelle G. Novick | on behalf of Plaintiff George Miller michelle.novick@saul.com |
| Paige Noelle Topper | on behalf of Plaintiff George Miller paige.topper@saul.com cassandra.joyner@saul.com |
| Steven C. Reingold | on behalf of Plaintiff George Miller steven.reingold@saul.com michele.urann@saul.com |
| Turner Falk | on behalf of Plaintiff George Miller turner.falk@saul.com tnfalk@recap.email |

TOTAL: 5